USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,           :
                                    :
    -against-                       :    No. 14 Cr. 620 (JFK)
                                    :
RAMESH SESHAN,                      :    **ORDER**
                                    :
                       Defendant.   :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

Defendant's reply to the Government's letter in opposition to his request for compassionate release, (ECF No. 40), must be filed by no later than 5:00 p.m. on Monday, April 27, 2020.

The Court will hear Defendant's motion for sentence reduction, (ECF No. 34), on Thursday, April 30, 2020 at 10:30 a.m.  The conference will occur telephonically using the following dial-in information:

> AT&T Conference Line:  1-888-363-4749
> Access Code:  788 3927 #

Prior to the conference, Defense counsel must confirm whether Defendant will join the conference by phone, or whether Defendant voluntarily waives his right to be present during the conference.

**SO ORDERED.**

Dated:   New York, New York
         April 23, 2020

_____
John F. Keenan
United States District Judge