```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
    -against-                       :     No. 14 Cr. 620 (JFK)
                                    :
RAMESH SESHAN                       :            ORDER
                                    :
                    Defendant.      :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

    The Government is directed to file its response to Defendant Ramesh Seshan's renewed <u>pro se</u> motion for compassionate release, (ECF No. 54), no later than October 8, 2021, and to mail a copy to the Defendant at that time. Defendant shall have 30 days from the date on which he is served with the Government's response to file a reply, if any. Absent further order, Defendant's motion will be considered fully submitted as of that date.

    The Clerk of Court is directed to electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued. The Court will mail a copy of this Order to Defendants.

**SO ORDERED.**

Dated:  New York, New York
        September 8, 2021

                                                               *John F. Keenan*
                                                                 John F. Keenan
                                                          United States District Judge